

# United States District Court
### Northern District of New York
## AMENDED CIVIL JUDGMENT

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED** OCT 23 2003
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**ATLANTIC STATES LEGAL FOUNDATION, INC.; and MOHAWKS AGREE ON SAFE HEALTH**

                              *Plaintiffs'*
VS.                                     5:99-CV-1077 (FJS) (GJD)

**RICK HAMELIN**
                              *Defendant*

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In light of the completion of the remediation plan and the EPA's approval of said plan, the stay in this action is lifted and judgment is hereby entered in favor of defendant with respect to plaintiffs' claim for civil penalties, the action is hereby closed based upon defendant's compliance with the terms of the Order on Consent.

All of the above pursuant to the Orders of the Honorable Chief Judge Frederick J. Scullin, Jr., dated 10/6/03 and 10/23/03.

**OCTOBER 14, 2003**                        **LAWRENCE K. BAERMAN**
**DATE**                                                   **CLERK OF COURT**

                                                               **JOANNE BLESKOSKI**
                                                               **DEPUTY CLERK**